Lawrenceville Township High School District No. 71 et al., Appellants, v. St. Francisville Community High School District No. 102 et al., Appellees.

Term No. 47M5.

opinion filed October 17, 1947; released for publication November 17, 1947. Sumner & Lewis, for appellants; Walter F. Kolb, for appellees. Opinion by JUSTICE CULBERTSON. Not to be published in full.